JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TINIKA ROBINSON,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> **WESTERN DENTAL SERVICES INC.,** <br><br> Defendant. | Case No.: CV 15-8527-DMG (ASx) <br><br> **ORDER RE DISMISSAL OF ACTION [30]** |

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  June 3, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE